# EXHIBIT 9

**From:** Isabel Orozco <​>
**Date:** Thu, Aug 20, 2020 at 6:15 PM
**Subject:** We'd like to hear from you
**To:** ALEXANDRIA HESSE

Please get in touch with us

This is an important message for ALEXANDRIA HESSE. If you are not this person, please disregard and delete it.
Email not displaying correctly?
Skip to our message.

**TrueAccord account number:**

## ALEXANDRIA, work with us.

TrueAccord is a collection agency and is authorized to collect on your $535.87 debt to Midland Funding LLC (current creditor of your original COMENITY BANK (VICTORIA'S SECRET) account). We offer many convenient and flexible options to resolve your balance.

Take a look:

- **Pay your outstanding balance** in full easily on our website.
- Ask for a **payment plan** to pay off your balance in affordable installments.

Reply to this email if you have any questions, we're happy to help!

**Get Started**
!

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

1

   

Copyright © 2020 TrueAccord

16011 College Blvd, Suite 130, Lenexa, KS 66219

1-866-611-2731

Office Hours: M-F, 8 AM - 7 PM ET

Your TrueAccord account number is: ▮▮▮▮

Click here for more information about your balance

Unsubscribe   Dispute this debt   Privacy Policy

Log in to your account

This was originally an account with COMENITY BANK (VICTORIA'S SECRET), account number ending in

2